UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARCH SPECIALTY INSURANCE
COMPANY,

                Plaintiff,

         -v-

REVAL SOLUTIONS, INC.,

                Defendant.

23-CV-2893 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

On May 15, 2023, Plaintiff obtained a Clerk's Certificate of Default in this case. (ECF No. 9.) However, no motion for default judgment has been filed. Plaintiff is directed to:

1. Serve and file a motion for default judgment, with the supporting materials as laid out in this Court's individual practices, available at nysd.uscourts.gov/hon-j-paul-oetken.

2. File an affidavit of service within fourteen days of filing the motion for default judgment; if more time is required, Plaintiff should file a letter on ECF explaining why additional time is necessary and when Plaintiff anticipates service will be completed.

If Plaintiff fails to file its motion for default judgment by August 28, 2023, this action may be dismissed for failure to prosecute.

SO ORDERED.

Dated: August 14, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge